UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22372-CIV-KING

M.D., *individually and on behalf of a class similarly situated persons*, C.F., *individually and on behalf of a class similarly situated persons*, E.M., *individually and on behalf of a class similarly situated persons*,

      Plaintiffs,

v.

CENTENE CORPORATION, INC.,
CENTENE MANAGEMENT
COMPANY, LLC,

      Defendants.
_____/

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court upon the Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement and Certification of the Settlement Class (D.E. #29), filed on May 24, 2019. After careful review and being fully advised in the premises thereof, it is hereby

ORDERED, ADJUDGED, and DECREED that the motion be and the same set for oral argument and the respective parties are hereby required to appear before the Court on **Tuesday, June 25, 2019 at 10:00 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, 11th Floor, Courtroom II, Miami, FL.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 31st day of May, 2019.

　　　　　　　　　　　　　　　　　　*James Lawrence King*
　　　　　　　　　　　　　　　　　　JAMES LAWRENCE KING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF FLORIDA

cc:
*Counsel for Plaintiff*

**Vicki Tucci Krusel**
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street
Suite 200
West Palm Beach, FL 33401
561-822-9787
Fax: 561-822-9887
Email: vtucci@legalaidpbc.org

**Andres Rivero**
Rivero Mestre LLP
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
305-445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com

*Counsel for Defendant*

**Craig Hamilton Smith**
Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
305-459-6500
Fax: 459-6550
Email: craig.smith@hoganlovells.com

**David B Massey**
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
350-459-6678
Fax: 305-459-6550
Email: david.massey@hoganlovells.com

**Martin Leonard Steinberg**
Hogan Lovells US, LLP
600 Brickell Avenue
27th Floor
Miami, FL 33131
305-459-6629
Fax: 305-459-6550
Email: marty.steinberg@hoganlovells.com