UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-22372-JB

M.D., C.F., and E.M., individually
and on behalf of a class
of similarly situated persons,

    Plaintiffs,

v.

CENTENE CORPORATION, INC. and
CENTENE MANAGEMENT
COMPANY, LLC,

    Defendants.
_____/

**ORDER ON THE JOINT MOTION TO**
**CONTINUE FINAL APPROVAL HEARING**

**THIS CAUSE** came before the Court on the parties' Joint Motion to Continue Final Approval Hearing ("Joint Motion"). ECF No. [49]. Upon consideration of the Joint Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion, ECF No. [49], is **GRANTED**. The hearing on the final approval of the class settlement is set to for Tuesday, May 5, 2020 at 10:00 a.m. before the undersigned. The parties shall file their motion for final approval of the class settlement no later than Tuesday, April 21, 2020.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 23rd day of January 2020.

                                                      JACQUELINE BECERRA
                                                      United States Magistrate Judge