UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-22372-JB

M.D., C.F., and E.M., individually
and on behalf of a class of similarly situated persons

Plaintiff,

v.

CENTENE CORPORATION, INC. and
CENTENE MANAGEMENT
COMPANY, LLC.

Defendant,

# CLERK'S ENTRY OF JUDGMENT

Based upon **FINAL ORDER APPROVING CLASS SETTLEMENT, AWARDING ATTORNEYS FEES AND COSTS, AND ENTERING RULE 54(b) JUDGMENT ON CLASS CLAIMS,** entered on June 12th, 2020 DE [58]. The Court hereby enters a Judgment.

Done in Miami, Florida, on October 7th, 2020.

                                                                    Angela Noble
                                                         Court Administrator, Clerk of Court


                                                         <u>By: s/Mercy Rodriguez</u>
                                                         Deputy Clerk